FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2010 MAR 12 PM 2 08
WKS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DERRICK BARRON,

    Plaintiff,

v.

RYAN KELLY, *Deputy*,
and GARY VOWELL, *Sheriff*,

    Defendants.

7:09-CV-51 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. #25), filed January 21, 2010. It is recommended that Defendants' Motion to Dismiss (Doc. #12), moving for dismissal of Plaintiff's action for failure to comply with the Court's order that Plaintiff keep the Court and Defendants' counsel informed of any change of address. Defendants also move for dismissal on the ground that Plaintiff's complaint fails to state a claim. No objection to the Recommendation has been filed.

Upon full review and consideration upon the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED, and made the order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' motion to dismiss is DENIED.

SO ORDERED, this 12th day of March, 2010.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT